## CONFERENCE MEMORANDUM

Case No. **CR. V-03-42**

USA   vs.   **Corey Clark**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL - 5 2005

MICHAEL N. MILBY, CLERK OF COURT

Date / Time: **July 5, 2005 @ 11:00 a.m.**

Reporter : None

Appearance :
Counsel :

Representing:

Tim Hammer — Govt.
Rick Ely — Def.

### ORDER FOLLOWING CONFERENCE

PTC held. Defendant moved for a continuance, joined by Govt, for more time to work out a plea agreement. The motion is granted. A separate order will be entered.

Time: __15__

Date: **July 5, 2005**

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE